MICHAEL BAILEY
United States Attorney
District of Arizona
RYAN J. ELLERSICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 20-mj-02951 (MSA) |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL |
| vs. | |
| Carlos Victor Passapera Pinott, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, gives notice that Ryan Ellersick files his appearance as co-counsel for the United States of America in the above-captioned matter.

Respectfully submitted this 12th day of August, 2020.

                                        MICHAEL BAILEY
                                      United States Attorney
                                      District of Arizona

                                      *s/Ryan Ellersick*

                                      RYAN J. ELLERSICK
                                      Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 12th day of August, 2020, to:

All ECF participants.